NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Noel E. Eidsmore, Nev. Bar No. 7688
Chief Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*
*North Las Vegas Police Department*
*City of North Las Vegas*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMA GORDON, individually,<br><br>Plaintiff,<br><br>v.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a political subdivision of the State of Nevada; OFFICER SLOAN; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; DOE OFFICERS I through X, inclusive; DOES I through X, inclusive; and ROE CORPORATIONS I through X inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02189-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO AMEND HER COMPLAINT AND FOR DEFENDANTS TO ANSWER THE SECOND AMENDED COMPLAINT** |

Plaintiff Norma Gordon ("Plaintiff") and Defendants, NORTH LAS VEGAS POLICE DEPARTMENT and CITY OF NORTH LAS VEGAS ("Defendants"), by and through their attorneys of record, hereby stipulate to the following: Plaintiff may have up to and including December 14, 2018 to file a Second Amended Complaint, in order to remove unnecessary parties

1

#NBI5CSWPOD2460v1

and include proper parties.

IT IS FURTHER STIPULATED that Defendants, having not filed an answer yet, may have 20 days after the Second Amended Complaint is served to file their answer.

DATED this 19th day of November, 2018

NORTH LAS VEGAS CITY ATTORNEY

By  /s/ Noel Eidsmore
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Noel E. Eidsmore, Nev. Bar No. 7688
Chief Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants*

DATED this 19th day of November, 2018

PATERNOSTER LAW GROUP

By  /s/ Glen A. Paternoster
Glenn A. Paternoster, Nev. Bar No. 5452
Dustin E. Birch, Nev. Bar No. 10517
400 S. 4th Street, Third Floor
Las Vegas, Nevada 89101
(702) 654-1111
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

Dated:  11/20/2018

_____
UNITED STATES MAGISTRATE JUDGE

#NBI5CSWP0D2460v1